UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS,<br>       Plaintiff,<br><br>   v.<br><br>MCBRIDE, et al.,<br>       Defendants. | Case No. 14-cv-05269-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

The Court dismissed plaintiff Leon Morris's complaint with leave to file an amended complaint on or before May 15, 2015. Morris has failed to file an amended complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Morris may move to reopen the action. Any such motion must contain an amended complaint that complies with the Court's instructions as set forth in the order dismissing the former complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 9, 2015

_____
WILLIAM H. ORRICK
United States District Judge